UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-7 |
| | ) | (VARLAN / SHIRLEY) |
| MARCUS D. JARNIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on Defendant Marcus Jarnigan's Motion To Compel Discovery [Doc. 26] and Memorandum in Support [Doc. 27], filed on April 21, 2008. The government filed a response in opposition [Doc. 29].

The parties appeared before the undersigned on May 15, 2008 for a continued suppression hearing. Upon inquiry at the suppression hearing, defense counsel advised the Court he received the requested documents from the government and that all outstanding discovery requests outlined in the motion had been resolved. The government concurred with defense counsel's representation in regard to the pending motion. The government further advised the Court that it would continue to comply with its obligations and responsibilities under this Court's Order on Discovery and

Scheduling as this matter proceeds to trial. In light of the parties' representations, Defendant's Motion to Compel Discovery **[Doc. 26]** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

<u>   s/ C. Clifford Shirley, Jr.   </u>
United States Magistrate Judge