UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARCUS D. JARNIGAN, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Nos.: 3:08-CR-007-TAV-CCS-1 |
| ) | 3:12-CV-092-TAV |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum, petitioner's motion to vacate, set aside or correct sentence [Doc. 105] is **DENIED**. Petitioner's motions to supplement his § 2255 motion [Doc. 112, 113, 114, 115, 116] are **DENIED**. Petitioner's motion to expand the record [Doc. 117] is **DENIED as moot**. This action is **DISMISSED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court will **DENY** petitioner leave to proceed *in forma pauperis* on appeal. Petitioner having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability **SHALL NOT ISSUE**.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
    CLERK OF COURT